CHARLES L. DEARCOP, Respondent, *v.* ROCHESTER RAILWAY COMPANY, Appellant.

*Dearcop* v. *Rochester Railway Co.,* 123 App. Div. 912, affirmed.
(Argued May 13, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 14, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries and for

damages to personal property alleged to have been occasioned by defendant's negligence.

*W. A. Matson* for appellant.

*P. Chamberlain* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, WIL-LARD BARTLETT, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.